IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WESLEY ROY BALLEW PLAINTIFF

v. Case No. 6:25-cv-06105

GEORGIA GASTON
(Social Security Recipient)
JIMMY BALLEW
(Social Security Recipient)
MCREE LAMBERT
(Social Security Recipient) DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) *in toto.* Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 21st day of September 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge